1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

JOHN DOE,

        Plaintiff,

    vs.

THE REGENTS OF THE
UNIVERSITY OF CALIFORNIA; and
DOES 1-20, inclusive,

        Defendants.

Case No. 2:19-CV-10385-PSG-MRW

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE REPLY TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Judge:  Hon. Philip S. Gutierrez

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE REPLY TO
MOTION TO DISMISS FIRST AMENDED COMPLAINT

1    Having considered the Parties' Stipulation to Extend Time for Defendant to

2  File Reply to Motion to Dismiss First Amended Complaint, and for good cause

3  shown, **IT IS HEREBY ORDERED**:

4    Defendant's deadline to file its reply to Defendant's Motion to Dismiss is

5  extended to July 7, 2020.  The hearing on Defendant's Motion to Dismiss shall

6  remain on July 20, 2020.

7    IT IS SO ORDERED.

8

9       July 6, 2020

10  DATED:  _____, 2020                    _____

                                                HON. PHILIP S. GUTIERREZ

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                           -2-                    2:19-CV-10385-PSG-MRW
        [PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE REPLY TO
                        MOTION TO DISMISS FIRST AMENDED COMPLAINT