HAILYN J. CHEN (State Bar No. 237436)
hailyn.chen@mto.com
ASHLEY D. KAPLAN (State Bar No. 293443)
ashley.kaplan@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; and DOES 1-20, inclusive,<br><br>    Defendants. | Case No. 2:19-CV-10385-PSG-MRW<br><br>**DECLARATION OF ASHLEY D. KAPLAN IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>[Filed concurrently with Defendant's Reply in Support of Motion to Dismiss Plaintiff John Doe's First Amended Complaint and Defendant's Request for Judicial Notice]<br><br>Judge: Hon. Philip S. Gutierrez<br>Date: July 20, 2020<br>Time: 1:30 P.M.<br>Courtroom: 6A |

## DECLARATION OF ASHLEY D. KAPLAN

I, Ashley D. Kaplan, declare as follows:

1. I am an attorney at Munger, Tolles & Olson LLP, counsel for The Regents of the University of California in this matter. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached as **Exhibit A** is a true and correct copy of The University of California's Policies Applying to Campus Activities, Organizations, and Students-Appendix E: Sexual Violence and Sexual Harassment Student Adjudication Framework, dated January 1, 2016.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on July 7, 2020, at Los Angeles, California.

/s/ *Ashley D. Kaplan*
Ashley D. Kaplan

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed electronically on July 7, 2020. Therefore, this document was served on all counsel who are deemed to have consented to electronic service.

*Ashley D. Kaplan*
ASHLEY D. KAPLAN