MARK M. HATHAWAY, 445 S. Figueroa Street, 31st Floor
Los Angeles, California 90071, (213) 529-0783
RACHEL M. SCHIFF, 560 Mission Street, 27th Floor,
San Francisco, California 94105, (415) 512-4000

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| John Doe | CASE NUMBER: |
|---|---|
| Plaintiff(s)<br>v.<br>The Regents of the University of California; and DOES 1-20, inclusive,<br>Defendant(s). | 2:19-CV-10385-PSG-MRW<br><br>**STIPULATION REGARDING<br>SELECTION OF PANEL MEDIATOR** |

**CHECK ONLY ONE BOX:**

[✓] The parties stipulate that __Ms. Natasha Chesler__ may serve as the Panel Mediator in the above-captioned case. __Rachel Schiff__ (Print Name) has contacted the Panel Mediator and obtained the Panel Mediator's consent to serve on a *pro bono* basis for three (3) hours. All parties and the Panel Mediator have agreed that the mediation will be held on _____ (Date) and counsel will submit mediation statements seven (7) calendar days before the session.

[ ] The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law : _____

Dated: 09/06/2022          /s/ Mark M. Hathaway
                           Attorney For Plaintiff    Mark M. Hathaway

Dated: _____      _____
                           Attorney For Plaintiff    _____

Dated: 09/06/2022          /s/ Rachel M. Schiff
                           Attorney For Defendant    Rachel M. Schiff

Dated: _____      _____
                           Attorney For Defendant    _____

Attorney for Plaintiff to electronically file original document.