HAILYN J. CHEN (State Bar No. 237436)
Hailyn.Chen@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

STEPHANIE G. HERRERA (State Bar No. 313887)
Stephanie.Herrera@mto.com
REBECCA L. SCIARRINO (State Bar No. 336729)
Rebecca.Sciarrino@mto.com
RACHEL M. SCHIFF (State Bar No. 336643)
Rachel.Schiff@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

Attorneys for Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

Note Court's modification.
MRW

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No. 2:19-CV-10385-PSG-MRW<br><br>[~~PROPOSED~~] ORDER COMPELLING PRODUCTION OF INFORMATION SUBJECT TO THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT (FERPA), 20 U.S.C. § 1232g |

Defendant The Regents of the University of California ("Defendant") maintains that the Family Educational Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g, applies to documents and information that may be relevant and responsive to discovery requests served in this matter.

FERPA prohibits the disclosure of "education records" and "personally identifiable information" contained therein, except in limited circumstances set forth in the statute.

Subsection (b)(2)(B) of FERPA provides that otherwise protected information may be produced in compliance with judicial order, upon condition that any affected student is notified of the judicial order in advance of compliance therewith by the educational agency. 20 U.S.C. § 1232g(b)(2)(B).

The Court takes no position in this Order on whether FERPA applies to each of the individual documents in question. The parties apply for an entry of an order compelling production, subject to a protective order, of otherwise discoverable documents and information that Defendant would withhold or redact based on Defendant's position that FERPA applies to such documents or information contained therein ("FERPA Documents"). Based on the parties' application, and in the interests of party and judicial economy and efficiency, the Court hereby orders the following:

1. Upon approval of a protective order satisfactory to the Court, *[previously entered at Docket # 49]* Defendant shall, prior to production of FERPA Documents responsive to Plaintiff's discovery requests that Defendant would otherwise withhold or redact based on FERPA, provide notice of this Order to the affected students.

2. Upon notice to the affected students, Defendant shall proceed diligently to mark any non-privileged responsive FERPA Documents as "HIGHLY CONFIDENTIAL," subject to the protective order as entered, and produce them to Plaintiff within a reasonable time thereafter, redacting or otherwise protecting from

disclosure the names and other personally identifiable information of students other than the Plaintiff and the individual identified as Jane Roe in Plaintiff's pleadings.

3. If Defendant is unable to provide notice of this Order to an affected student within a reasonable time of learning of the existence of discoverable FERPA Documents, Defendant shall proceed with producing the information to Plaintiff as set forth in paragraph 2 herein.

4. On a going forward basis, Defendant shall diligently provide notice of this Order to any additional affected students as they are identified, even if it believes that, in the absence of this Order, that information would be protected from disclosure by FERPA. Defendant shall then produce non-privileged, responsive documents to Plaintiff as set forth in paragraph 2 herein.

DATED: May 11, 2023

_____
Hon. Michael R. Wilner