FILED
CLERK, U.S. DISTRICT COURT

May 19, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar of Judge WESLEY L. HSU | ORDER OF THE CHIEF JUDGE<br><br>**23-045** |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Wesley L. Hsu,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Philip S. Gutierrez to the calendar of Judge Wesley L. Hsu:

| Case Number | Case Name |
|---|---|
| 2:18-cv-04838-PSG-AFMx | Jammie Hill v. Richard V. Spencer |
| 2:18-cv-09996-PSG-JEMx | Hit and Miss, Enterprises, Inc. v. City of Long Beach et al |
| 2:19-cv-10385-PSG-MRWx | John Doe v. The Regents of the University of California et al |
| 2:23-cv-01224-PSG-JCx | CBL Services, LLC v. Marcello Ahn et al |
| 5:17-cv-00948-PSG-SHKx | Gerald Baros v. John San Bernardino County Deputy Sheriff Doe 1 et al |
| 5:19-cv-02036-PSG-KKx | Kui Z Myles v. The United States of America et al |
| 5:22-cv-00561-PSG-KKx | Pixior Global Logistics, LLC et al v. Walmart, Inc et al |

On all documents subsequently filed in the case, please substitute the Judge initials WLH after the case number in place of the initials of the prior Judge.

DATED: May 19, 2023

_____
Chief Judge Philip S. Gutierrez