FILED
CLERK, U.S. DISTRICT COURT

June 20, 2023

CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| In the Matter of the Creation of the Calendar | ) ) ) | ORDER OF THE CHIEF JUDGE |
|---|---|---|
| of | ) ) ) | 23-073 |
| Judge HERNÁN D. VERA | ) ) ) | |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Hernán D. Vera,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Wesley L. Hsu to the calendar of Judge Hernán D. Vera:

| 2:18-cv-03966-WLH-JCx | Sealed v. Sealed |
|---|---|
| 2:19-cv-10385-WLH-MRWx | John Doe v. The Regents of the University of California et al |
| 2:22-cv-00100-WLH-KSx | Shahriar Khazai v. Ruchika Grover et al |
| 2:22-cv-02717-WLH-MARx | J.R. v. Ventura Unified School District |
| 2:22-cv-06821-WLH-JCx | GS Holistic, LLC v. My OG Tobacco, Inc et al |
| 2:23-cv-00733-WLH-JCx | Impressions Restaurant and Banquet Hall Inc. v. Liberty Mutual Insurance Company et al |
| 2:23-cv-01493-WLH-MRW | Robert Morris White v. Commissioner of Social Security |
| 2:23-cv-02644-WLH-MAAx | Melody Ramos v. Crown Equipment Corporation et al |
| 2:23-cv-03030-WLH-KSx | Rogelio Navarro v. Ford Motor Company et al |
| 5:22-cv-01493-WLH-ASx | Richard Rodriguez v. National Distribution Centers, LLC et al |
| 5:22-cv-01696-WLH-JEMx | Cecilia Hodges v. Ford Motor Company et al |
| 8:22-cv-00235-WLH-JDEx | Patricia Medina et al v. City of Garden Grove |

In the Matter of the
Creation of Calendar for
District Judge Hernán Diego Vera                                                                                           2

| | et al |
|---|---|
| 8:23-cv-00537-WLH-DFMx | Nicole Joseph v. Rebecca Chmura et al |
| 8:23-cv-00733-WLH-ADSx | Mahtab Naji v. Alejandro Mayorkas et al |

      On all documents subsequently filed in the case, please substitute the Judge initials HDV after the case number in place of the initials of the prior Judge.

DATED: June 20, 2023                                      _____
                                                                         Chief Judge Philip S. Gutierrez