# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.<br><br>　　　　　Defendant(s). | Case No.<br>2:19−cv−10385−HDV−MRW<br><br>**REASSIGNMENT ORDER** |

　　This case has been reassigned to the Honorable Hernán D. Vera for all future proceedings. The Court further orders as follows:

1.　All filings shall include the initials HDV immediately after the case number.

2.　All hearings will be held **in person** in Courtroom 5B on the 5th Floor of the United States Courthouse, 350 West 1st Street, Los Angeles, California.

3.　All matters previously referred to a magistrate judge shall remain before that same magistrate judge.

4. Cases previously referred to an ADR process shall proceed under the terms of the applicable ADR local rule. Dates for previously scheduled ADR telephone conferences shall remain in effect.

5. All discovery cutoff dates and other deadlines associated with this case, such as disclosure and expert deadlines, shall remain in effect.

6. All case management conference dates are **vacated** and will be reset by the Court.

7. Except for matters noticed for hearing before a magistrate judge, all law and motion hearing dates are **vacated** and must be re-noticed by the moving party for an available date after October 1, 2023.

8. All pretrial conferences and trial dates currently set for dates earlier than January 1, 2024, are **vacated**.

9. All pretrial conferences and trial dates currently set for January 1, 2024, or thereafter, as well as other deadlines associated with the case, shall remain in effect.

10. Each party is expected to review and become familiar with all applicable standing orders, which will be posted on the Court's website in the next 30 days.

11. In addition to the foregoing, the parties are hereby ordered to file a Joint Case Management Statement within 15 days of the date of this Order. The statement should not exceed ten pages in length, should not contain attachments, and should address the following items:

    a. The date the case was filed;

    b. A list or description of each party;

    c. A summary of all claims, counter-claims, cross-claims, or third party claims;

    d. A brief description of the events underlying the action;

    e. The status of discovery, including any significant

discovery management issues, as well as any limits or cutoff dates;

 f. A procedural history of the case, including any previous motions that were decided or submitted, any ADR proceedings or settlement conferences that have been scheduled or concluded, any appellate proceedings that are pending or concluded, and any previous referral to a magistrate judge;

 g. A description of any other deadlines in place before reassignment, including those for dispositive motions, pretrial conferences, and trials;

 h. Whether the parties will consent to a magistrate judge for trial; and

 i. Whether there exists an immediate need for a case management conference to be scheduled, and, if so, why the parties believe such a need exists.

**IT IS SO ORDERED**

Dated: June 23, 2023

          Hernán D. Vera
          United States District Judge