MARK M. HATHAWAY (CA 151332; DC 437335; NY 2431682)
JENNA E. PARKER (CA 303560)
HATHAWAY PARKER INC.
445 S. Figueroa Street, 31st Floor
Los Angeles, California 90071
Telephone: (213) 529-9000
Facsimile: (213) 529-0783
E-Mail: mark@hathawayparker.com
E-Mail: jenna@hathawayparker.com

Attorneys for Plaintiff JOHN DOE

HAILYN J. CHEN (SBN 237436)
hailyn.chen@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

STEPHANIE G. HERRERA (SBN 313887)
stephanie.herrera@mto.com
REBECCA L. SCIARRINO (SBN 336729)
rebecca.sciarrino@mto.com
RACHEL M. SCHIFF (SBN 336643)
rachel.schiff@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San, Francisco, California  94105
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

Attorneys for Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No. 2:19-CV-10385-HDV-MRW<br><br>**ORDER RE: JOINT STIPULATION [67] TO EXTEND CASE SCHEDULE**<br><br>Judge:　Hon. Hernán D. Vera |

The Court has considered the Joint Stipulation to Extend the Case Schedule submitted by Plaintiff John Doe and Defendant The Regents of the University of California and finds that good cause exists to modify the case schedule. Based upon said joint stipulation, it is hereby **ORDERED** that:

The deadline for initial expert disclosures and reports is extended to December 8, 2023.

The deadline for rebuttal expert disclosures and reports is extended to December 22, 2023.

The deadline to complete expert discovery is extended to January 16, 2024.

The deadline to file dispositive motions is extended to February 1, 2024.

The pretrial conference will be set for May 3, 2024, at 10:00 a.m.

Trial will commence on May 21, 2024, at 8:30 a.m.

Nothing about this order affects case deadlines that have already passed.

DATED: July 10, 2023    By: _____
Hon. Hernán D. Vera
United States District Judge