UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 2:19-cv-10385-HDV-MRWx | Date 8/10/23 |
| Title *John Doe v. The Regents of the University of California et al* | |

Present: The Honorable   Hernán D. Vera, United States District Judge

| Wendy Hernandez | Kathie Stride |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Mark Hathaway | Stephanie Herrera<br>Hailyn Chen |

**Proceedings:   DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS [47]**

     Having read and considered all documents filed as to the motion referenced above and the oral argument presented today, the Court takes the motion under submission. Counsel shall meet and confer and file a stipulation regarding dates.

**IT IS SO ORDERED.**

Time: /31