**NOTE CHANGES MADE BY THE COURT**

LINK 73

MARK M. HATHAWAY (CA 151332; DC 437335; NY 2431682)
JENNA E. PARKER (CA 303560)
HATHAWAY PARKER INC.
445 S. Figueroa Street, 31st Floor
Los Angeles, California 90071
Telephone: (213) 529-9000
Facsimile: (213) 529-0783
E-Mail: mark@hathawayparker.com
E-Mail: jenna@hathawayparker.com

Attorneys for Plaintiff JOHN DOE

HAILYN J. CHEN (SBN 237436)
hailyn.chen@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

STEPHANIE G. HERRERA (SBN 313887)
stephanie.herrera@mto.com
REBECCA L. SCIARRINO (SBN 336729)
rebecca.sciarrino@mto.com
RACHEL M. SCHIFF (SBN 336643)
rachel.schiff@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San, Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>    vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; and DOES 1-20, inclusive,<br><br>        Defendants. | Case No. 2:19-CV-10385-HDV-MRW<br><br>[~~PROPOSED~~] **ORDER RE: JOINT STIPULATION TO EXTEND CASE SCHEDULE**<br><br>Judge:   Hon. Hernán D. Vera |

1   The Court has considered the Joint Stipulation to Extend the Case Schedule
2   submitted by Plaintiff John Doe and Defendant The Regents of the University of
3   California and finds that good cause exists to modify the case schedule.  Based upon
4   said joint stipulation, it is hereby **ORDERED** that:

5   The deadline to complete expert discovery is extended to January 30, 2024.

6   The deadline to serve a dispositive motion on the non-moving party is
7   extended to February 15, 2024.

8   The pretrial conference will be set ~~for a date on or after May 17, 2024, that is~~
9   ~~convenient for the Court~~. on May 24, 2024.

10   Trial will commence on ~~a date that is convenient for the Court~~. June 11, 2024.

13   DATED: 8/16/23         By: _____
14                                   Hon. Hernán D. Vera
                                     United States District Judge

2:19-CV-10385-HDV-MRW
[PROPOSED] ORDER RE: JOINT STIPULATION TO EXTEND CASE SCHEDULE