UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV19-10385 HDV (MRWx) | Date | December 4, 2023 |
|---|---|---|---|
| Title | John Doe v. The Regents of the University of California et al. | | |

Present: The Honorable   Michael R. Wilner, United States Magistrate Judge

| James Muñoz | N/A |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Mark Hathaway | Hailyn Chen |
| | Adeel Mohammadi |

**Proceedings:   STATUS CONFERENCE RE SETTLEMENT (VIDEO)**

Case called.  Counsel make their appearance.

Status conference re settlement held.

1:00
JM
