LINK 81

| | |
|---|---|
| MARK M. HATHAWAY (CA 151332; DC 437335; NY 2431682) <br> JENNA E. PARKER (CA 303560) <br> HATHAWAY PARKER INC. <br> 445 S. Figueroa Street, 31st Floor <br> Los Angeles, California 90071 <br> Telephone: (213) 529-9000 <br> Facsimile: (213) 529-0783 <br> E-Mail: mark@hathawayparker.com <br> E-Mail: jenna@hathawayparker.com <br><br> Attorneys for Plaintiff JOHN DOE | HAILYN J. CHEN (SBN 237436) <br> hailyn.chen@mto.com <br> ADEEL MOHAMMADI (SBN 343137) <br> adeel.mohammadi@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 350 South Grand Avenue, 50th Floor <br> Los Angeles, California 90071-3426 <br> Telephone: (213) 683-9100 <br> Facsimile: (213) 687-3702 <br><br> STEPHANIE G. HERRERA (SBN 313887) <br> stephanie.herrera@mto.com <br> REBECCA L. SCIARRINO (SBN 336729) <br> rebecca.sciarrino@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 560 Mission Street, 27th Floor <br> San, Francisco, California 94105 <br> Telephone: (415) 512-4000 <br> Facsimile: (415) 512-4077 <br><br> Attorneys for Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, <br><br> Plaintiff, <br><br> vs. <br><br> THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; and DOES 1-20, inclusive, <br><br> Defendants. | Case No. 2:19-CV-10385-HDV-MRW <br><br> [~~PROPOSED~~] ORDER RE: JOINT STIPULATION FOR CONTINUANCE OF CASE SCHEDULE <br><br> Judge:  Hon. Hernán D. Vera |

1  The Court has considered the Joint Stipulation for Continuance of Case
2  Schedule submitted by Plaintiff John Doe and Defendant The Regents of the
3  University of California and finds that good cause exists to modify the case
4  schedule.  Based upon said joint stipulation, it is hereby **ORDERED** that:
5  The deadline for initial expert disclosures and reports is extended to January
6  26, 2024.
7  The deadline for rebuttal expert disclosures and reports is extended to
8  February 9, 2024.
9  The deadline to complete expert discovery is extended to March 8, 2024.
10  The deadline to serve a dispositive motion on the non-moving party is
11  extended to March 29, 2024.
12  The pretrial conference will be set for a date on or after July 16, 2024, that is
13  convenient for the Court.
14  Trial will commence on or after August 6, 2024, as is convenient for the
15  Court.

DATED: 1/16/24          By: _____
                             Hon. Hernán D. Vera
                             United States District Judge