UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-10385 HDV (MRWx) | Date | January 25, 2024 |
|---|---|---|---|
| Title | Doe v. Regents | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| | James Muñoz | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys for Plaintiff: | Attorneys for Defendant: |
| | n/a | n/a |

**Proceedings:**   ORDER RE: SETTLEMENT CONFERENCE

The Court has previously met with the lawyers by video and exchanged numerous e-mails with them.  The parties are encouraged to continue discussing potential resolution of the case.  If the case is not resolved, the Court will conduct a settlement conference in this action on <u>Friday, February 16, 2024</u>, beginning at <u>9 a.m.</u>

Plaintiff Doe, a representative of the Regents with settlement authority, and the parties' <u>lead</u> trial attorneys are required to appear <u>in person</u> at Courtroom 550, 5th Floor, Roybal Federal Building and Courthouse, 255 E. Temple Street, Los Angeles, California.  As with <u>any other federal court appearance</u>, the parties should plan to arrive at the courthouse well in advance of the scheduled start time for the proceeding

1.   <u>Settlement Conference Letters</u> – By noon on <u>Friday, February 9, 2024</u>, each party will deliver to Judge Wilner's chambers (by <u>e-mail</u> sent to MRW_Chambers@cacd.uscourts.gov) a confidential settlement conference letter.  The letter may not exceed <u>two pages</u>.  Do not file or lodge the settlement conference letter with the Clerk's Office or electronically submit it to CM/ECF.

At this stage, the Court does not need a legal or factual assessment of the claims.  Rather, I would appreciate a candid assessment of the parties' settlement positions, and an explanation why the action has not settled yet.  The parties may propose potential settlement routes to me in their submissions.

2.   <u>At the Settlement Conference</u> – We will begin with a group caucus to discuss the state of the action.  After that, the Court will meet privately with counsel and the parties in separate rooms to discuss settlement proposals.  The parties' statements made during all phases of the settlement conference (including the parties' letters to the judge) fall within the protections for compromise statements, including those contained in Federal Rules of Evidence 408 and 410 and Local Civil Rule 16-15.  However, statements

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-10385 HDV (MRWx) | Date | January 25, 2024 |
|---|---|---|---|
| Title | Doe v. Regents | | |

made to the judge during private sessions may be conveyed to other parties as part of the settlement conference unless the parties expressly request that certain information be treated confidentially.

     3.    <u>Conclusion of Conference</u> – If the parties reach a resolution of the case, the Court will summarize the key terms of the agreement on the record or will direct the parties to draft an appropriate memorandum. The Court encourages counsel to circulate a proposed settlement agreement in advance of the conference. If no resolution is reached, the Court will consult with the parties to determine whether an additional settlement conference is likely to be productive.

     By participating in the settlement conference, the parties understand and agree that Judge Wilner may continue to handle discovery motions and other pretrial proceedings in this action.

     **Counsel are encouraged to review the terms of this Order and to discuss the settlement process with their clients in advance of the conference with the Court.**

**FAILURE TO COMPLY IN FULL WITH THE BASIC REQUIREMENTS SET FORTH ABOVE (INCLUDING ARRIVING LATE TO THE SESSION) MAY RESULT IN THE IMPOSITION OF SANCTIONS AND THE PAYMENT OF FEES TO THE INCONVENIENCED PARTIES.**