UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV19-10385-HDV (MRWx)                     Date: 2/16/2024

Title   John Doe v. The Regents of the University of California et al

Present: The Honorable:   Michael R. Wilner, United States Magistrate Judge

| Eddie Ramirez | CS 2/16/2024 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

Mark M. Hathaway                          Adeel Mohammadi
                                          Hailyn J. Chen

**Proceedings:  SETTLEMENT CONFERENCE**

The Court conducted a settlement conference with the parties today.  The parties were able to reach an agreement on settlement.

3:03

ER