LINK 87

MARK M. HATHAWAY
(CA 151332; DC 437335; IL 6327924; NY 2431682)
JENNA E. PARKER (CA 303560)
HATHAWAY PARKER
445 S. Figueroa St. 31st Fl
Los Angeles, California 90071
Telephone: (213) 529-9000
Facsimile: (213) 529-0783
E-Mail: mark@hathawayparker.com
E-Mail: jenna@hathawayparker.com

Attorneys for Plaintiff JOHN DOE

HAILYN J. CHEN (SBN 237436)
hailyn.chen@mto.com
ADEEL MOHAMMADI (SBN 343137)
adeel.mohammadi@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

STEPHANIE G. HERRERA (SBN 313887)
stephanie.herrera@mto.com
REBECCA L. SCIARRINO (SBN 336729)
rebecca.sciarrino@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San, Francisco, California 94105
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

Attorneys for Defendant THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br><br>　　　　Plaintiff<br><br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; and DOES 1-20, inclusive,<br><br>　　　　Defendants | Case No.: 2:19-CV-10385-HDV-MRW<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE |

1 **[PROPOSED] ORDER**

2   The stipulation is approved. The entire action, including all claims and
3 counterclaims stated herein against all parties, is hereby dismissed with prejudice.

5 Dated: 4/29/24     _____.
                    Hon. Hernán D. Vera
6                   United States District Court

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071.

On April 25, 2024, I served the foregoing document described [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE on all interested parties listed below by transmitting to all interested parties a true copy thereof as follows:

| | |
|---|---|
| Hailyn J. Chen<br>Adeel Mohammadi<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071-3426<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br>E-mail: hailyn.chen@mto.com<br>E-mail: adeel.mohammadi@mto.com<br>ATTORNEYS FOR DEFENDANTS | Stephanie G. Herrera<br>Rebecca L. Sciarrino<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, Twenty-Seventh Floor<br>San Francisco, California 94105-2907<br>Telephone: (415) 512-4097<br>Facsimile: (415) 512-4077<br>E-mail: stephanie.herrera@mto.com<br>E-mail: rebecca.sciarrino@mto.com<br>ATTORNEYS FOR DEFENDANTS |

☐ **BY FACSIMILE TRANSMISSION** from FAX number (213) 529-0783 to the fax number set forth above. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(i), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☐ **BY MAIL** by placing a true copy thereof enclosed in a sealed envelope addressed as set forth above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE** by delivering a copy of the document(s) by hand to the addressee or I caused such envelope to be delivered by messenger or process server.

☐ **BY EXPRESS SERVICE** by depositing in a box or other facility regularly maintained by the express service carrier or delivering to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served.

☒ **BY ELECTRONIC TRANSMISSION** by transmitting a PDF version of the document(s) by electronic mail to the party(s) identified on the service list using the e-mail address(es) indicated.

☒ I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐ I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on April 25, 2024 in Los Angeles, California _____
Adriana Gutierrez

---

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
3